UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | SA CV 22-00022-DOC-(DFMx) | Date | January 24, 2022 |
|---|---|---|---|
| Title | Michael Strauch, et al. v. Diamond Resorts Corporation, et al. | | |

| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Karlen Dubon | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

    The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [21], hereby orders this action dismissed with prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

    Any pending Order to Show Cause is hereby discharged.

    .

                                                              _____ : _____

                                        Initials of Deputy Clerk    kdu